DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814                **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
ROBYN LYNN CUNNINGHAM


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0253 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| DANA SCOTT MCINTIRE, and ) | Date:  November 09, 2006 |
| ROBYN LYNN CUNNINGHAM, ) | Time:  10:00 a.m. |
| ) | Judge: David F. Levi |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, Eric Connor, Attorney for defendant DANA SCOTT MCINTIRE, and Matthew C. Bockmon, attorney for defendant ROBYN LYNN CUNNINGHAM, that the current Status Conference date of October 05, 2006 be vacated, and that a new Status Conference date of November 09, 2006, at 10:00 a.m. be set. This continuance is necessary due to on-going defense investigation and plea negotiations.

IT IS FURTHER STIPULATED that the period from October 5, 2006 through and including November 09, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and to give defense counsel reasonable time to prepare.

2  Dated: October 3, 2006

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender

5                                          /s/ Matthew C. Bockmon

6                                          _____
                                           MATTHEW C. BOCKMON
7                                          Assistant Federal Defender

8                                          Attorney for Defendant
                                           ROBYN LYNN CUNNINGHAM
9

10 Dated: October 3, 2006                   /s/ Eric Conner
                                           ERIC CONNER
11                                         Attorney at Law

12                                         Attorney for Defendant
                                           DANA SCOTT MCINTIRE
13

14
   Dated: October 3, 2006                  MCGREGOR W. SCOTT
15                                         United States Attorney

16                                         /s/ Matthew C. Bockmon for

17                                         _____
                                           JASON HITT
                                           Assistant U.S. Attorney
18                                         per telephonic authority

19
                                **O R D E R**
20

21 IT IS SO ORDERED.

22
   Dated: 10/6/2006
23

24

25                                         _____
                                           DAVID F. LEVI
26                                         United States District Judge

27

28

Stipulation and Order                    2