DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant                                **OK/HAV**
ROBYN LYNN CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0253 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| DANA SCOTT MCINTIRE, and ) | Date:  December 14, 2006 |
| ROBYN LYNN CUNNINGHAM, ) | Time:  10:00 a.m. |
| ) | Judge: David F. Levi |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, Eric Connor, Attorney for defendant DANA SCOTT MCINTIRE, and Matthew C. Bockmon, attorney for defendant ROBYN LYNN CUNNINGHAM, that the current Status Conference date of November 9, 2006 be vacated, and that a new Status Conference date of December 14, 2006, at 10:00 a.m. be set. This continuance is necessary due to on-going defense investigation and plea negotiations.

IT IS FURTHER STIPULATED that the period from November 9, 2006 through and including December 14, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and to give defense counsel reasonable time to prepare.

Dated: November 7, 2006

                                            Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender

Attorney for Defendant
ROBYN LYNN CUNNINGHAM

Dated: November 7, 2006      /s/ Eric Conner
                                          ERIC CONNER
                                          Attorney at Law

                                          Attorney for Defendant
                                          DANA SCOTT MCINTIRE

Dated: November 7, 2006      MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew C. Bockmon for
                                          _____
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          per telephonic authority

## **O R D E R**

IT IS SO ORDERED.

Dated: November 9, 2006

                                          /s/ David F. Levi
                                          DAVID F. LEVI
                                          United States District Judge