DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814                **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
ROBYN LYNN CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0253 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| DANA SCOTT MCINTIRE, and ) | Date:  March 22, 2007 |
| ROBYN LYNN CUNNINGHAM, ) | Time:  10:00 a.m. |
| ) | Judge: David F. Levi |
| Defendants. ) | |
| ) | |

     IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, James R. Greiner, attorney for defendant DANA SCOTT MCINTIRE, and Matthew C. Bockmon, attorney for defendant ROBYN LYNN CUNNINGHAM, that the current Status Conference date of February 8, 2007, be vacated, and that a new Status Conference date of March 22, 2007, at 10:00 a.m. be set. This continuance is necessary due to on-going defense investigation and plea negotiations.

     IT IS FURTHER STIPULATED that the period from February 8, 2007 through and including March 22, 2007, should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and to give defense counsel reasonable time to prepare.
3  Dated: February 6, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender

                                        Attorney for Defendant
                                        ROBYN LYNN CUNNINGHAM

Dated: February 6, 2007                  /s/ James R. Greiner
                                        JAMES R. GREINER
                                        Attorney at Law

                                        Attorney for Defendant
                                        DANA SCOTT MCINTIRE


Dated: February 6, 2007                 MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        per telephonic authority

## **O R D E R**

IT IS SO ORDERED.

Dated: __02/07/2007_____

                                        /s/ David F. Levi
_____         _____
                                        DAVID F. LEVI
                                        United States District Judge

Stipulation and Order                   2