**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT          **OK/HAV**
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO. S-06-0253-DFL |
| PLAINTIFF, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 7, 2007 |
| DANA SCOTT MCINTIRE, and ROBYN LYNN CUNNINGHAM, ) ) | |
| DEFENDANTS. ) | |
| _____ ) | |

**STIPULATION**

The United States of America, represented by the United States Attorney for the Eastern District, Assistant United States Attorney, Mr. Jason Hitt and the defendants, Robyn Lynn Cunningham, represented by Mr. Matthew C. Bockmon of the Federal Defender's Office, and Dana Scott McIntire, represented by Mr. James R. Greiner, hereby agree and stipulate that this matter may be continued from Friday, April 20, 2007, to Thursday, June 7, 2007, at 10:00 a.m. in courtroom number 7, on the 14th floor of the United States Courthouse, 501 I Street, Sacramento, California. It is agreed and stipulated that time can be excluded from the Speedy Trial Act for the following reasons: 1-The defense is in the continuing process of negotiations with the government regarding the possibility of resolving this case by a plea instead of

1

1 trial which will substantially save the resources of both the Court and the
2 government; 2- In the process of negotiations and in attempting to resolve this case in
3 good faith, the defense is investigating the criminal history background, which, under
4 the advisory sentencing guidelines, is a significant issue that the defense needs to
5 investigate; 3-Finally, the defense is continuing investigation in this case.
6    It is further agreed and stipulated to that the time period from Friday, April 20,
7 2007 through and including Thursday, June 7, 2007, can and should be excluded from
8 the Speedy Trial Act pursuant to Title 18 U.S.C. section 1361 (h)(8)(B)(iv),
9 reasonable time to prepare and  Local Code T-4.
10    It is so agreed and stipulated.

11                                              McGregor W. Scott
                                                 Untied States Attorney
12 DATED: 4-19-07

13
                                                 /s/ Jason Hitt (authorized by telephone)
14                                               _____
                                                 Mr. Jason Hitt
15                                               Assistant United States Attorney

16

17 DATED: 4-19-07

18                                               /s/ Matthew Bockmon (authorized by telephone)
                                                 _____
19                                               Matthew C. Bockmon
                                                  Attorney for Robyn Lynn Cunningham
20

21 DATED: 4-19-07

22
                                                 /s/ James R. Greiner
23                                               _____
                                                 James R. Greiner
24                                               Attorney for Dana Scott McIntire

25

26

27

28
                                         2

1
2
3    **GOOD CAUSE APPEARING, IT IS SO ORDERED.**
4
5
  **DATED:   April 26, 2007**
6
7
8
9
10                **/s/ David F. Levi**
                  **HONORABLE DAVID F. LEVI**
11                **UNITED STATES DISTRICT COURT JUDGE**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                3