1 | **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 | **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 | SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 | FAX: (916) 920-7951

5 | ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

6

7 | IN THE UNITED STATES DISTRICT COURT FOR THE

8 | EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,           )        CR.NO. S-06-0253-DLJ
                                      )
11 |          PLAINTIFF,                )
                                      )        STIPULATION AND PROPOSED ORDER
12 |       v.                          )        TO CONTINUE STATUS CONFERENCE
                                      )        TO SEPTEMBER 25, 2007
13 | DANA SCOTT MCINTIRE, and          )
ROBYN LYNN CUNNINGHAM,                )
14 |          DEFENDANTS.              )
                                      )
15 | _____)

16

17 | **STIPULATION**

18 |       The United States of America, represented by the United States Attorney for the

19 | Eastern District, Assistant United States Attorney, Mr. Jason Hitt and the defendants,

20 | Robyn Lynn Cunningham, represented by Mr. Matthew C. Bockmon of the Federal

21 | Defender's Office, and Dana Scott McIntire, represented by Mr. James R. Greiner,

22 | hereby agree and stipulate that this matter may be continued from Tuesday August 14,

23 | 2007 to Tuesday, September 25, 2007, at 10:00 a.m. in courtroom number 7, on the

24 | 14th floor of the United States Courthouse, 501 I Street, Sacramento, California. It is

25 | agreed and stipulated that time can be excluded from the Speedy Trial Act for the

26 | following reasons: 1-The defense is in the  continuing process of negotiations with the

27 | government regarding the possibility of resolving this case by a plea instead of trial

28 | 1

1  which will substantially save the resources of both the Court and the government; 2-

2  In the process of negotiations and in attempting to resolve this case in good faith, the

3  defense is investigating the criminal history background, which, under the advisory

4  sentencing guidelines, is a significant issue that the defense needs to investigate; 3-

5  Finally, the defense is continuing their investigation in this case.

6          It is further agreed and stipulated to that the time period from Tuesday, Sugust

7  24, 2007 to Tuesday, September 25, 2007, can and should be excluded from the

8  Speedy Trial Act pursuant to Title 18 U.S.C. section 1361 (h)(8)(B)(iv), reasonable

9  time to prepare and  Local Code T-4.

10         It is so agreed and stipulated.

11                                              McGregor W. Scott
                                                Untied States Attorney

12  DATED: 8-10-07

13                                              /s/ Jason Hitt (authorized by e mail)
                                                _____
14                                              Mr. Jason Hitt
                                                Assistant United States Attorney

15  DATED: 8-10-07

16                                              /s/ Matthew Bockmon (authorized by telephone)
                                                _____
17                                              Matthew C. Bockmon
18                                              Attorney for Robyn Lynn Cunningham

19  DATED: 8-10-07

20                                              /s/ James R. Greiner
                                                _____
21                                              James R. Greiner
                                                Attorney for Dana Scott McIntire

22

23

24

25

26

27

28                                              2

1        **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

2

3
**DATED: August 10, 2007**
4

5

6

7

8        _____

9        **HONORABLE D. LOWELL JENSEN**
         **UNITED STATES DISTRICT COURT JUDGE**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                3