**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DANA SCOTT MCINTIRE, and ) <br> ROBYN LYNN CUNNINGHAM, ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | CR.NO. S-06-0253-DLJ <br><br> STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 18, 2007 |

**STIPULATION**

The United States of America, represented by the United States Attorney for the Eastern District, Assistant United States Attorney, Mr. Jason Hitt and the defendants, Robyn Lynn Cunningham, represented by Mr. Matthew C. Bockmon of the Federal Defender's Office, and Dana Scott McIntire, represented by Mr. James R. Greiner, hereby agree and stipulate that this matter may be continued from Tuesday, October 9, 2007, to Tuesday, December 18, 2007, at 9:00 a.m. in courtroom number 7, on the 14th floor of the United States Courthouse, 501 I Street, Sacramento, California.

The Court's courtroom deputy, Mr. Harry Vine, was contacted and the date is available with the Court. There is no trial date. The defendants are in custody.

1

It is agreed and stipulated that time can be excluded from the Speedy Trial Act for the following reasons: 1-The defense is in the continuing process of negotiations with the government regarding the possibility of resolving this case by a plea instead of trial which will substantially save the resources of both the Court and the government; 2- In the process of negotiations and in attempting to resolve this case in good faith, the defense is investigating the criminal history background, which, under the advisory sentencing guidelines, is a significant issue that the defense needs to investigate; 3-The defense is continuing investigation in this case; 4- Finally, The Assistant United States Attorney handling this case and whom the defense has been dealing with the entire case, is in a lengthy jury trial expected to last until the beginning to middle of December 2007.

It is further agreed and stipulated to that the time period from Tuesday, October 9, 2007, through and including Tuesday, December 18, 2007, can and should be excluded from the Speedy Trial Act pursuant to Title 18 U.S.C. section 1361 (h)(8)(B)(iv), reasonable time to prepare and Local Code T-4.

It is so agreed and stipulated.

McGregor W. Scott
Untied States Attorney

DATED: 10-3-07

/s/ Jason Hitt (authorized by e-mail)
_____
Mr. Jason Hitt
Assistant United States Attorney

DATED: 10-3-07

/s/ Matthew Bockmon (authorized in person)
_____
Matthew C. Bockmon
Attorney for Robyn Lynn Cunningham

DATED: 10-3-07

/s/ James R. Greiner
_____
James R. Greiner
Attorney for Dana Scott McIntire

2

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**DATED: October 9, 2007**

                **/s/ D. Lowell Jensen**
                **HONORABLE D. LOWELL JENSEN**
                **UNITED STATES DISTRICT COURT JUDGE**