**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO. S-06-0253-DLJ |
| PLAINTIFF, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO FEBRUARY 5, 2008 |
| DANA SCOTT MCINTIRE, and ROBYN LYNN CUNNINGHAM, ) | |
| DEFENDANTS. ) | |
| _____) | |

## STIPULATION

The United States of America, represented by the United States Attorney for the Eastern District, Assistant United States Attorney, Mr. Jason Hitt and the defendants, Robyn Lynn Cunningham, represented by Mr. Matthew C. Bockmon of the Federal Defender's Office, and Dana Scott McIntire, represented by Mr. James R. Greiner, hereby agree and stipulate that this matter may be continued from Tuesday, December 18, 2007 to Tuesday, February 5, 2008 , at 10:00 a.m., before the Honorable Senior United States District Court Judge, D. Lowell Jensen, in courtroom number 7, on the 14th floor of the United States Courthouse, 501 I Street, Sacramento, California. It is agreed and stipulated that time can be excluded from the Speedy Trial Act for the following reasons: 1-The defense is in the  continuing process of negotiations with the

1  government regarding the possibility of resolving this case by a plea instead of trial
2  which will substantially save the resources of both the Court and the government; 2-
3  In the process of negotiations and in attempting to resolve this case in good faith, the
4  defense is investigating the criminal history background, which, under the advisory
5  sentencing guidelines, is a significant issue that the defense needs to investigate; 3-
6  Finally, the defense is continuing investigation in this case.

7  It is further agreed and stipulated to that the time period from Tuesday,
8  December 18, 2007 and Tuesday, February 5, 2008, can and should be excluded from
9  the Speedy Trial Act pursuant to Title 18 U.S.C. section 1361 (h)(8)(B)(iv),
10 reasonable time to prepare and  Local Code T-4.

11 It is so agreed and stipulated.

McGregor W. Scott
Untied States Attorney

DATED: 12-15-07

/s/ Jason Hitt (authorized by telephone)
_____
Mr. Jason Hitt
Assistant United States Attorney

DATED: 12-15-07

/s/ Matthew Bockmon (authorized by e mail)
_____
Matthew C. Bockmon
Attorney for Robyn Lynn Cunningham

DATED: 12-15-07

/s/ James R. Greiner
_____
James R. Greiner
Attorney for Dana Scott McIntire

2

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**DATED: January 8, 2008**

_____
**HONORABLE D. LOWELL JENSEN
SENIOR UNITED STATES
DISTRICT COURT JUDGE**