**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>    PLAINTIFF,    )<br>            )<br>    v.        )<br>            )<br>DANA SCOTT MCINTIRE, and  )<br>ROBYN LYNN CUNNINGHAM,  )<br>            )<br>    DEFENDANTS.    )<br>_____) | CR.NO. S-06-0253-DLJ<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br>TO MARCH 25, 2008 |

## STIPULATION

The United States of America, represented by the United States Attorney for the Eastern District, Assistant United States Attorney, Mr. Jason Hitt and the defendants, Robyn Lynn Cunningham, represented by Mr. Matthew C. Bockmon of the Federal Defender's Office, and Dana Scott McIntire, represented by Mr. James R. Greiner, hereby agree and stipulate that this matter may be continued from Tuesday, February 5, 2008 to Tuesday, March 25, 2008 , at 10:00 a.m., before the Honorable Senior United States District Court Judge, D. Lowell Jensen, in courtroom number 7, on the 14th floor of the United States Courthouse, 501 I Street, Sacramento, California. It is agreed and stipulated that time can be excluded from the Speedy Trial Act for the following reasons: 1-The defense is in the continuing process of

1

negotiations with the government regarding the possibility of resolving this case by a plea instead of trial which will substantially save the resources of both the Court and the government; 2- In the process of negotiations and in attempting to resolve this case in good faith, the defense is investigating the criminal history background, which, under the advisory sentencing guidelines, is a significant issue that the defense needs to investigate; 3-The defense is continuing investigation in all facets of this case and presenting what the defense has learned to the government in the ongoing attempt to resolve this case: 4-Finally, since the parties are in serious negotiations in attempting to resolve this case short of trial (which would then include the setting of a motions schedule, and the expense of a jury trial which would take the resources of both the government and the Court which if the case can be resolved could be used more efficiently) this extra amount of time is in the best interests of the government and both defendants which together outweigh the concerns of the Speedy trial Act and are in the best interests of society.

    It is further agreed and stipulated to that the time period from Tuesday, February 5, 2008 and Tuesday, March 25, 2008, can and should be excluded from the Speedy Trial Act pursuant to Title 18 U.S.C. section 1361 (h)(8)(B)(iv), reasonable time to prepare and  Local Code T-4.

    It is so agreed and stipulated.

McGregor W. Scott
Untied States Attorney

DATED: 2-4-08

/s/ Jason Hitt (authorized by telephone)
_____
Mr. Jason Hitt
Assistant United States Attorney

2

DATED: 2-4-08

/s/ Matthew Bockmon (authorized by telephone)
_____
Matthew C. Bockmon
Attorney for Robyn Lynn Cunningham

DATED: 2-4-08

/s/ James R. Greiner
_____
James R. Greiner
Attorney for Dana Scott McIntire

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**DATED: February 5, 2008**

_____
/s/ D. Lowell Jensen
**HONORABLE D. LOWELL JENSEN
SENIOR UNITED STATES
DISTRICT COURT JUDGE**