DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBYN LYNN CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br> DANA SCOTT MCINTIRE, and          )<br> ROBYN LYNN CUNNINGHAM,            )<br>                                   )<br>            Defendants.            )<br> _____   ) | NO. CR-S-06-0253 DLJ<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br>Date:  April 8, 2008<br>Time:  9:00 a.m.<br>Judge: D. Lowell Jensen |

       IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, James R. Greiner, attorney for defendant DANA SCOTT MCINTIRE, and Matthew C. Bockmon, attorney for defendant ROBYN LYNN CUNNINGHAM, that the current Status Conference date of March 25, 2008, be vacated, and that a new Status Conference date of April 8, 2008, at 9:00 a.m. be set. This continuance is necessary due to on-going defense investigation and continuing plea negotiations between the parties.

       IT IS FURTHER STIPULATED that the period from March 25, 2008 through and including April 8, 2008, should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and to give defense counsel reasonable time to prepare.
3  Dated: March 24, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender

Attorney for Defendant
ROBYN LYNN CUNNINGHAM

Dated: March 24, 2008                /s/ James R. Greiner
JAMES R. GREINER
Attorney at Law

Attorney for Defendant
DANA SCOTT MCINTIRE

Dated: March 24, 2008                MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
JASON HITT
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: _03/24/2008

/s/ D. Lowell Jensen
_____
D. LOWELL JENSEN
United States District Judge

Stipulation and Order                2