DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBYN LYNN CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-06-0253 DLJ |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| DANA SCOTT MCINTIRE, and ROBYN LYNN CUNNINGHAM, | Date: May 20, 2008<br>Time: 9:00 a.m.<br>Judge: D. Lowell Jensen |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, James R. Greiner, attorney for defendant DANA SCOTT MCINTIRE, and Matthew C. Bockmon, attorney for defendant ROBYN LYNN CUNNINGHAM, that the current Status Conference date of April 15, 2008, be vacated, and that a new Status Conference date of May 20, 2008, at 9:00 a.m. be set. This continuance is necessary due to on-going defense investigation and continuing plea negotiations between the parties.

IT IS FURTHER STIPULATED that the period from April 15, 2008 through and including May 20, 2008, should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and to give defense counsel reasonable time to prepare.
3  Dated: April 14, 2008

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Matthew C. Bockmon
                                          _____
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ROBYN LYNN CUNNINGHAM


Dated: April 14, 2008              /s/ James R. Greiner
                                          JAMES R. GREINER
                                          Attorney at Law
                                          Attorney for Defendant
                                          DANA SCOTT MCINTIRE


Dated: April 14, 2008              MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew C. Bockmon for
                                          _____
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          per telephonic authority

                          **O R D E R**

IT IS SO ORDERED.

Dated: April 14, 2008
                                          /s/ D. Lowell Jensen_____
                                          D. LOWELL JENSEN
                                          United States District Judge

Stipulation and Order                       2