**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO. S-06-0253-JAM |
| PLAINTIFF, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING DATE ALONG WITH CONTINUING RELATED DATES |
| DANA SCOTT MCINTIRE, and ROBYN LYNN CUNNINGHAM, ) | |
| DEFENDANTS. ) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt and defendant Robyn Lynn Cunningham by her attorney, Mr. Matthew C. Bockmon, and defendant Dana Scott McIntire, by his attorney, Mr. James R. Greiner, hereby stipulate and agree to the following:

| | |
|---|---|
| New Judgment and Sentence date | June 30, 2009 |
| New date to file statement of non opposition or reply | June 23, 2009 |
| New date to file motion for corrections to Pre sentence report | June 16, 2009 |
| New date to file final pre-sentence report with the Court | June 9, 2009 |
| New date to file informal objections to the Pre sentence report | June 2, 2009 |

1

| | |
|---|---|
| 1 | The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure |
| 2 | the Court's calendar was available for judgment and sentence on that date and the |
| 3 | Court is available on Tuesday, June 30, 2009. |

It is so stipulated and agreed.

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ Jason Hitt -by e mail authorization

DATED: 3-25-09
_____
Jason Hitt
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 3-25-09

/s/ Matthew Bockmon -by e mail authorization
_____
Matthew C. Bockmon
Attorney for Robyn Lynn Cunningham

DATED: 3-25-09        /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant Dana McIntire

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: March 25, 2009.

/s/ John A. Mendez
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**

2