**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DANA SCOTT MCINTIRE, and ) <br> ROBYN LYNN CUNNINGHAM, ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | CR.NO. S-06-0253-JAM <br><br> STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING DATE ALONG WITH CONTINUING RELATED DATES |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt and defendant Robyn Lynn Cunningham by her attorney, Mr. Matthew C. Bockmon, and defendant Dana Scott McIntire, by his attorney, Mr. James R. Greiner, hereby stipulate and agree to the following:

| | |
|---|---|
| New Judgment and Sentence date | September 15, 2009 at 9:30 a.m. |
| New date to file statement of non opposition or reply | September 8, 2009 |
| New date to file motion for corrections to Pre sentence report | September 1, 2009 |
| New date to file final pre-sentence report with the Court | August 25, 2009 |
| New date to file informal objections to the Pre sentence report | August 18, 2009 |

1

1
2   The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure
3   the Court's calendar was available for judgment and sentence on that date and the
4   Court is available on Tuesday, September 15, 2009.
5       It is so stipulated and agreed.

                                    LAWRENCE G. BROWN
                                    ACTING UNITED STATES ATTORNEY

                                    /s/ Jason Hitt -by telephone authorization

DATED: 5-20-09        _____
                      Jason Hitt
                      ASSISTANT UNITED STATES ATTORNEY
                      ATTORNEY FOR THE PLAINTIFF

DATED: 5-20-09

                      /s/ Matthew Bockmon -by telephone authorization
                      _____
                      Matthew C. Bockmon
                      Attorney for Robyn Lynn Cunningham


DATED: 5-20-09        /s/ James R. Greiner
                      _____
                      James R. Greiner
                      Attorney for Defendant Dana McIntire


**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: May 21, 2009.


            /s/ John A. Mendez
            **JOHN A. MENDEZ**
            **UNITED STATES**
            **DISTRICT COURT JUDGE**