**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>    PLAINTIFF, )<br>        )<br>    v. )<br>        )<br>DANA SCOTT MCINTIRE, et. al., )<br>        )<br>    DEFENDANTS. )<br>        )<br>_____ ) | CR.NO. S-06-0253-JAM<br><br>STIPULATION AND ORDER TO VACATE JUDGMENT AND SENTENCING DATE AND SET A MOTIONS SCHEDULE AND HEARING DATE |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt and defendant Dana Scott McIntire, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the current motion schedule and hearing date can be modified and the new schedule can be adopted by the Court as follows:

Defense to file motions on or before Tuesday, November 17, 2009

Government to file any opposition on or before Tuesday December 29, 2009;

Defense to file any reply on or before January 12, 2010;

Hearing on January 26, 2010, at 9:30 a.m..

The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure

1

the Court's calendar was available for hearing the motion on Tuesday, January 26, 2010, and the Court is available.

The parties continue to engage in good faith discussions in an attempt to resolve the issues in an attempt have a resolution without the need for motions and a hearing. The additional time will allow the parties to continue down this good faith road in an attempt to resolve this matter without a hearing.

It is so stipulated and agreed.

          LAWRENCE G. BROWN
          ACTING UNITED STATES ATTORNEY

          /s/ Jason Hitt -by in person authorization

DATED: 10-5-09        _____
          Jason Hitt
          ASSISTANT UNITED STATES ATTORNEY
          ATTORNEY FOR THE PLAINTIFF


DATED: 10-5-09        /s/ James R. Greiner
          _____
          James R. Greiner
          Attorney for Defendant Dana McIntire

///
///
///

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: October 7, 2009.

      /s/ John A. Mendez
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**