**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DANA SCOTT MCINTIRE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DANA SCOTT MCINTIRE, et. al., ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | CR-NO. S-06-0253-JAM <br><br> STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt and defendant Dana Scott McIntire, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the current motion schedule and hearing date can be modified and the new schedule can be adopted by the Court as follows:

Defense to file motions on or before Tuesday, March 16, 2010;

Government to file any opposition on or before Tuesday, April 20, 2010;

Defense to file any reply on or before Tuesday, May 4, 2010;

Hearing on Tuesday, May 11, 2010, at 9:30 a.m..

The Court's courtroom deputy, Mr, Harry Vine, has been contacted to ensure

the Court's calendar was available for hearing the motion on Tuesday, May 11, 2010, and the Court is available. This allows for further legal research and for further consultation between the parties and further consultation with the defendant and his counsel.

It is so stipulated and agreed.

```
                              BENJAMIN B. WAGNER
                              ACTING UNITED STATES ATTORNEY

                              /s/ Jason Hitt -by e mail authorization
DATED: 2-19-10                _____
                              Jason Hitt
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEY FOR THE PLAINTIFF

DATED: 2-19-10                /s/ James R. Greiner
                              _____
                              James R. Greiner
                              Attorney for Defendant Dana McIntire
```

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: February 19, 2010.

/s/ John A. Mendez
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**

2